1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>   Plaintiff,<br><br> v.<br><br>SPURLEN, et al.,<br><br>   Defendants. | No. 1:25-cv-00947-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED ON AUGUST 6, 2025<br><br>(ECF No. 7) |

  Plaintiff is proceeding pro se in this civil rights action, filed on August 4, 2025.

  On August 6, 2025, the Court issued an order for Plaintiff to show cause why: (1) this matter should not be summarily dismissed for failure to exhaust; and (2) his in forma pauperis request should not be denied as moot. (ECF No. 7.)

  On September 2, 2025, Plaintiff filed a response to the order to show cause. (ECF No. 8.) Therein, Plaintiff submits that he "has been denied access to the grievance process by CDCR-Kern Valley State Prison Grievance Staff. Plaintiff submitted 1 grievance regarding both separate issues as allowed (see Exhibit A) to which even today August 13, 2025 my grievances has not been returned to me to even inform me that it was received, the log number and the 60 day time limit." (ECF No. 8 at 1:24-2:3.)

///

The Court finds that Plaintiff's showing of cause at this early stage is preliminary sufficient to address the Court's concern regarding exhaustion of the administrative remedies.

Accordingly, it is HEREBY ORDERED that the order to show cause issued on August 6, 2025 (ECF No. 7), is DISCHARGED. The Court will grant Plaintiff's motion to proceed in forma pauperis by way of separate order.

IT IS SO ORDERED.

Dated: __October 7, 2025__

STANLEY A. BOONE
United States Magistrate Judge

2