UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADAM RANDOLPH POWELL,

Plaintiff,

v.

SPURLEN, et al.,

Defendants.

No. 1:25-cv-00947-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF

Doc. 15

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 27, 2026, the magistrate judge screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff the opportunity to amend the complaint. Doc. 12. Plaintiff failed to file an amended complaint or otherwise communicate with the court. Therefore, on May 6, 2026, the magistrate judge ordered Plaintiff to show why the action should not be dismissed. Doc. 13 After Plaintiff failed to respond to the order to show cause, the magistrate judge issued findings and recommendations on June 2, 2026 recommending dismissal of the action for failure to state a claim. Doc. 15 The Court served these findings and recommendations on Powell with a notice that any objections were to be filed within 30 days. *Id.* at 11. Plaintiff did not file objections, and the time to do so expired.

///

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued June 2, 2026 (Doc. 15) are ADOPTED in full.
2. This action is DISMISSED with prejudice for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 19, 2026

UNITED STATES DISTRICT JUDGE